# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

LANDSCAPE CONSULTANTS OF TEXAS, INC.,

          Plaintiff,

v.

HARRIS COUNTY, TEXAS; and the HARRIS COUNTY COMMISSIONERS COURT,

          Defendants.

Civil Action No. 4:25-cv-00479

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Landscape Consultants of Texas, Inc., hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: February 5, 2025.

Respectfully submitted,

/s/ Erin E. Wilcox

Laura M. D'Agostino*
*Of Counsel*
D.C. Bar No. 241868
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
LDAgostino@pacificlegal.org

*\*Pro Hac Vice forthcoming*

Erin E. Wilcox
*Attorney-in-Charge*
Cal. Bar No. 337427
S.D. Tex. Bar No. 3369027
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
EWilcox@pacificlegal.org

*Counsel for Plaintiff*

1