United States District Court
Southern District of Texas
**ENTERED**
March 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. H-25-479 |
| v. | § § | |
| HARRIS COUNTY, TEXAS, *et al.*, Defendants. | § § § § § | |

## ORDER

The Unopposed Motion to Extend Time to File Answer and to Reset Scheduling Conference, (Docket Entry No. 9), is granted. The defendants' deadline to answer or move to dismiss is extended to April 14, 2025. The initial conference is rescheduled to May 9, 2025, at 11:10 a.m. CT via Zoom.

SIGNED on March 13, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge