United States District Court
Southern District of Texas
**ENTERED**
April 16, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

LANDSCAPE CONSULTANTS OF
TEXAS, INC.,

     Plaintiff,

v.

HARRIS COUNTY, TEXAS; and the
HARRIS COUNTY COMMISSIONERS
COURT,

     Defendants.

Civil Case No. 4:25-00479

_____

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL-IN-CHARGE

Having considered Defendants' Unopposed Motion for Substitution of Counsel-in-Charge, the Court orders that the Motion is **GRANTED.**

Lauren Brogdon of the law firm Haynes and Boone, LLP, is substituted as counsel-in-charge for Defendants Harris County, Texas and the Harris County Commissioners Court, in place of Jonathan Fombonne of Harris County. Mr. Fombonne will continue to represent Defendants in this case.

Signed on    April 15, 2025   , at Houston, Texas.

_____

Hon. Lee H. Rosenthal
Senior United States District Judge