United States District Court
Southern District of Texas
**ENTERED**
May 05, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION H-25-479 |
| v. | § § | |
| HARRIS COUNTY, TEXAS, *et al*. | § § | |
| Defendants. | § | |

## ORDER OF VOLUNTARY DISMISSAL

On the notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff's claims against Defendant Harris County Commissioners Court are dismissed without prejudice, with court costs and fees to be paid by the party incurring the same. (Docket Entry No. 20).

SIGNED on May 5, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

1