# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Landscape Consultants of Texas, Inc.

v.                                             Case Number: 4:25−cv−00479

Harris County, Texas, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/9/2025

**TIME:** 10:10 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   May 7, 2025

                                                            Nathan Ochsner, Clerk