Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF | ) |
| TEXAS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) |
| HARRIS COUNTY, TEXAS, | ) NO.: 4:25-cv-00479 |
| | ) |
| Defendants. | ) |

-------------------------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

JEREMY THOMPSON

INDIVIDUALLY AND AS THE CORPORATE REPRESENTATIVE OF

LANDSCAPE CONSULTANTS OF TEXAS, INC.

MARCH 5, 2026

-------------------------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF JEREMY THOMPSON, produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on the 5th of March, 2026, from 9:40 a.m. to 1:50 p.m., before Velma C. LaChausse, Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at the law offices of Haynes and Boone, LLP, 1221 McKinney Street, Suite 4000, Houston Texas 77010, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record

**Exhibit B**



Page 13

government contracts.  Is that right?

A.  Yes.

Q.  Does anyone assist you with preparing bids for government contracts for either entity?

A.  Yes.

Q.  Who is that?

A.  Jerry Thompson and Lindsey Thompson.

Q.  Your dad and your sister?

A.  Yeah, family business.

Q.  Great.  Does anyone else assist you with preparing bids for government contracts, other than Jerry Thompson or Lindsey Thompson?

A.  My operations manager, Edwin Castillo, would help me with numbers for the bids.

Q.  Anyone else?

A.  That's all.

Q.  As general manager, you're also responsible for communicating with certain government entities regarding Landscape Consultants' and Metropolitan's compliance with their MWBE programs.  Correct?

A.  Yes.

Q.  And when I say MWBE, you understand I'm referring to minority- and women-owned business enterprise programs?

A.  Yes.

**Exhibit B**



Page 18

A.    It varies.

Q.    What was it for 2025?

A.    I don't have that off the top of my head.

Q.    Okay.  Did you do any research in advance of today's deposition to determine that?

A.    Yes.  I mean, if I could give you an estimate?

Q.    Sure.

A.    It's probably between two to two and a half million.

Q.    And do you have an estimate of Landscape Consultants' annual income for 2024?

A.    No.

Q.    Okay.  Does Landscape Consultants maintain separate books from Metropolitan and Thompson Companies?

A.    Yes.

Q.    Okay.  Has Landscape Consultants ever been certified as an MWBE or any similar certification?

A.    Repeat the question.

Q.    Has Landscape Consultants ever been certified as an MWBE or any similar certification?

A.    No.

Q.    Tell me generally about the type of work that Landscape Consultants performs.

A.    Well, we've kind of niched into city, county lawn maintenance programs.  So basically we're doing



Page 19

mowing, edging, weed eater work, landscape

installations, a little bit of any type of general

grounds maintenance for various cities, counties, and

things.  It's kind of what we niched into.  Not so much

apartments, but more city/county work.

Q.  And what proportion or percentage of Landscape
Consultants' services are performed for government
entities today?

A.  I would say possibly 80 to 90 percent.

Q.  And you said that Landscape Consultants niched
into government entity work.

A.  Mm-hmm.

Q.  When would you say that Landscape Consultants
began performing a majority of its work for government
entities?

A.  At the beginning.

Q.  Okay.  One of the government entities that
Landscape is currently doing work for is Harris County.
Correct?

A.  Yes.

Q.  And that can include various Harris County
entities.  Correct?

A.  Yes.

Q.  Okay.  Among them, I understand that you
currently have contracts with the Flood Control

**Exhibit B**



Page 34

A.  Yes.

Q.  Generally, what height is too high for Landscape Consultants to do itself?

A.  8 to 12 feet and above, so...

Q.  Okay.  And then I think the other category you said you sometimes subcontract out for outside of an MWBE program was general landscaping.  Is that right?

A.  Mm-hmm, yeah.

Q.  And what proportion of work does Landscape Consultants typically subcontract out for that outside of MWBE requirements?

A.  Maybe less than 10 to 15 percent.

Q.  Okay.  And what determines when Landscape Consultants is going to subcontract out for that type of work, again, outside of the MWBE programs?

A.  Based on need.  So it just depends on where we are each year.  If we feel like we don't have enough coverage with our employees, then we'll subcontract out and get into an agreement with a subcontractor to do the work.

Q.  Okay.  Does Landscape Consultants have subcontractors that it uses over and over or on a regular basis for that last type of work, the landscaping work?

A.  Yes.

**Exhibit B**



Page 109

Q.   That's okay.  Did you contact any other organizations to provide assistance in the recruitment of MBE subcontractors for this bid?

A.   No.

Q.   Did you solicit subcontractors for this contract using any other means besides e-mail?

A.   I don't believe so.

Q.   Okay.  Do you recall how many subcontractors you solicited for this bid?

A.   I do not know --

Q.   Okay.

A.   -- that offhand.

Q.   Do you know how many responses you received in response to those solicitations?

A.   I don't.  I'm sorry.

Q.   That's okay.  Landscape Consultants' bid for this contract included a proposal to use a subcontractor called Allende Construction, LLC, the DBA of which is Allende Irrigation and Landscaping.  Is that correct?

A.   Yes.

Q.   Okay.  And Landscape Consultants entered a letter of intent with Allende on November 13th, 2024.  Is that right?

A.   Yes.

Q.   Okay.  And the LOI or letter of intent, that

**Exhibit B**



Page 125

Q.   (BY MS. BROGDON)   Did you have any relationship with Ary's Landscaping before proposing them as a subcontractor on this bid?

A.   No, other than, you know, e-mails and maybe phone calls through Lindsey and Ary's Landscaping.

Q.   Okay.   This will be Exhibit 15 to your deposition.

(Exhibit No. 15 was marked.)

Q.   (BY MS. BROGDON)   This is Bates labeled P0413. This is a letter of intent to subcontract between Landscape Professionals or Landscape Consultants and Ary's Landscaping.   Correct?

A.   Correct.

Q.   Now, this was provided to us by your attorneys. It is not signed by Ary's.   Did you ever receive a signed copy from Ary's?

A.   I don't recall if we did or not.

Q.   Okay.   We'll follow up by e-mail, but I'll just put a request on the record that if you do have a signed copy, we'd like that.

A.   Mm-hmm.

Q.   Did you have to inflate the 9,400 -- sorry -- $94,888 bid price to account for the work that would have been done by Ary's?

A.   Yes, I believe we would have done that.

**Exhibit B**



Page 139

performed under any contract, memorandum of
understanding, or agreement entered into between you and
Harris County from January 1, 2015 to the time of trial,
and for each subcontractor, state whether such
subcontractor was engaged only in order to comply with
the provisions of the MWBE program."

            Did I read that correctly?

    A.  Yes.

    Q.  All right.  Let's go to your first supplemental
response, which is on the next page.

            Do you see that there?

    A.  Yes.

    Q.  Okay.  You identified all the subcontractors
that have been previously submitted to Harris County as
part of a contract with Harris County, and you
identified Allende, Ary's, and X Scape Environmental,
LLC.  Is that correct?

    A.  Yes.

    Q.  Okay.  We've also reviewed all of the documents
that we've produced and you've produced in this case.
We have also been able to identify the following as
having been included in either contracts or bids:  Home
Sweet Home, USA Amtech, and Smartscaping.  Other than
those that I just named and those listed here, can you
think of any other MBE subcontractors that you have

**Exhibit B**



Page 140

submitted to Harris County as part of a contract, MOU, bid, or agreement?

A. Not as an agreement, other than maybe Monarch.

Q. Okay.

A. Montex.

Q. Who is your point of contact at Monarch or Montex?

A. Richard Stegemeier and Miguel Lopez.

Q. Okay. We've talked about Allende. Still can't remember the names of those folks?

A. No. I should have looked at that earlier.

Q. It's all right. It will be in the documents.

A. Yeah.

Q. Who's your main point of contact at Ary's?

A. I don't know offhand. We never really engaged with them on a contract officially.

Q. Okay. And who's your main point of contact at X Scape?

A. That's Jose Rodriguez.

Q. Who is your main point of contact at Home Sweet Home?

A. I don't know the name.

Q. That's fine. Who is your main point of contact at USA Amtech?

A. Again, I don't know the name.

**Exhibit B**



Page 167

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

LANDSCAPE CONSULTANTS OF      )

TEXAS, INC.,                  )

                              )

          Plaintiff,          )

                              )

          v.                  ) CIVIL ACTION

                              )

HARRIS COUNTY, TEXAS,         ) NO.: 4:25-cv-00479

                              )

          Defendants.         )

     ----------------------------------------------------

             COURT REPORTER'S CERTIFICATION

            ORAL AND VIDEOTAPED DEPOSITION OF

                    JEREMY THOMPSON

   INDIVIDUALLY AND AS THE CORPORATE REPRESENTATIVE OF

          LANDSCAPE CONSULTANTS OF TEXAS, INC.

                    MARCH 5, 2026

     ----------------------------------------------------

     I, Velma C. LaChausse, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

     That the witness, JEREMY THOMPSON, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness.

     I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent:

**Exhibit B**



Page 168

__X__ was requested by the deponent or a party before the completion of the deposition and returned within 30 days from date of receipt of the transcript.

If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

_____ was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither attorney nor counsel for, related to, nor employed by any of the parties to the action in which this testimony was taken.

Further, I am not a relative or employee of any attorney of record in this cause, nor do I have a financial interest in the action.

SUBSCRIBED AND SWORN TO on this the 10th day of March, 2026.

_____

Velma C. LaChausse

Texas CSR No. 5782

Expiration Date: 09/30/2027

Magna Legal Services

Firm Registration No. 633

16414 San Pedro Avenue

Suite 900

San Antonio, Texas 78232

Phone: (866) 624-6221

**Exhibit B**



MAGNA LEGAL SERVICES