**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., | Civil Action No. 4:25-cv-00479 |
|       Plaintiff, | |
| v. | |
| HARRIS COUNTY, TEXAS, | **DECLARATION OF GERALD THOMPSON** |
|       Defendant. | |

I, Gerald Thompson, declare as follows:

1.  The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment on the matter.

2.  I have co-owned Landscape Consultants of Texas, Inc. (Landscape Consultants), with my wife Theresa Thompson since 2006.

3.  Approximately 80-90 percent of Landscape Consultants' annual revenue is earned through landscaping contracts with government entities like Harris County.

4.  Harris County applies Minority- and Woman-Owned Business Enterprise (MWBE) percentage goals to landscaping contracts.

5.  To bid for a Harris County landscaping contract, Landscape Consultants must attempt to subcontract with a MWBE to meet the contract's MWBE percentage goal.

6.  Landscape Consultants cannot fulfill a contract's MWBE percentage goal with its own workers because it does not qualify as minority-owned or woman-owned.

1

# Exhibit D

7.      In past attempts to subcontract in order to meet Harris County MWBE percentage goals, Landscape Consultants has communicated with competitor firms who it thought may qualify as MWBEs.

8.      Those firms include Allende Construction, LLC; Home Sweet Home Landscaping and Lawn Care, LLC; Monarch Landscaping Services, LLC; Smartscaping, LLC; USA Amtech, Inc.; and X Scape Environmental, LLC.

9.      Landscape Consultants also communicates with some of the firms listed in paragraph 8 to fulfill MWBE percentage goals on contracts for other governmental entities with MWBE programs, like the City of Houston.

10.     It is my understanding that each of these firms are small businesses, like Landscape Consultants.

11.     It is my understanding that none of these firms employ in-house legal counsel.

12.     Based on my knowledge and experience as the co-owner of a small landscaping firm in the Houston area since 2006, I believe it will be expensive and burdensome for the seven firms listed in paragraph 8 to comply with Harris County's intended subpoenas.

13.     Based on my knowledge of and experience with the seven firms listed in paragraph 8, I believe they will blame Landscape Consultants for the burden and expense of complying with Harris County's intended subpoenas, which will damage our business relationship.

14.     Based on my knowledge of and experience with the seven firms listed in paragraph 8, I believe this damage to our business relationship may result in the refusal of some firms to

2

**Exhibit D**

subcontract now or in the future with Landscape Consultants on bids with Harris County and other governmental entities with MWBE participation goals.

15. Based on my knowledge and experience with the seven firms listed in paragraph 8, I believe the firms are likely to communicate with other MWBE firms about their experience in having to comply with the burdensome subpoenas, which will negatively impact Landscape Consultants' reputation and chill its future dealings with other MWBE firms.

16. Landscape Consultants sometimes discusses confidential business information with subcontractors, like competitive bid pricing strategies or client information. This is not information that Landscape Consultants would normally disclose to clients, including Harris County.

17. Based on my knowledge of and experience with the seven firms listed in paragraph 8, I believe that confidential business information like competitive bid pricing strategies or client information is not information that they would normally disclose to clients, including Harris County.

18. Based on my knowledge of and experience with the seven firms listed in paragraph 8, I believe that being forced to disclose confidential business information like competitive bid pricing strategies or client information to Harris County through a subpoena duces tecum is a primary reason the firms may refuse to subcontract with Landscape Consultants in the future.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of March, 2026, at Spring, Texas.

3

**Exhibit D**

DocuSigned by:

*Jerry Thompson*

E3D1A912AB2B4C3...

Gerald Thompson

**Exhibit D**