**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., <br><br>        Plaintiff, <br> v. <br><br> HARRIS COUNTY, TEXAS, <br><br>        Defendant. | Civil Action No. 4:25-cv-00479 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO QUASH OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**

This matter comes before the Court on Plaintiff Landscape Consultants of Texas, Inc.'s Motion to Quash Defendant Harris County's seven nonparty subpoenas duces tecum noticed on March 17, 2026. Dkt. 31. Having considered the Motion, the record, and applicable law, the Court finds as follows:

1. Plaintiff has demonstrated good cause under Federal Rule of Civil Procedure 26(c) to protect its business relationships and competitive interests.

2. The seven nonparty subpoenas, if issued or served, would likely cause irreparable harm to Plaintiff's business relationships with the nonparty firms.

3. Relief under Federal Rule of Civil Procedure 45(d)(3) is warranted to prevent irreparable harm to Plaintiff's business relationships with the nonparty firms.

4. Alternatively, relief under Federal Rule of Civil Procedure 26(c) is warranted to prevent irreparable harm to Plaintiff's relationships with the nonparty firms.

1

IT IS THEREFORE **ORDERED** that Plaintiff's Motion is **GRANTED**, as follows:

1.  The seven nonparty subpoenas duces tecum identified in Plaintiff's Motion are hereby QUASHED pursuant to Federal Rule of Civil Procedure 45(d)(3).

2.  Alternatively, Defendant Harris County is prohibited from issuing, serving, or attempting to serve the seven nonparty subpoena duces tecum absent further order of the Court, pursuant to Federal Rule of Civil Procedure 26(c).

Dated: _____

_____
Hon. Lee H. Rosenthal
UNITED STATES DISTRICT JUDGE

2