United States District Court
Southern District of Texas

**ENTERED**

June 04, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. H-25-479 |
| v. | § § | |
| HARRIS COUNTY, TEXAS, | § § | |
| Defendant. | § § | |

**ORDER**

Harris County has filed an unopposed motion for an extension of time to file its reply in support of its motion for partial summary judgment. (Docket Entry No. 42). The court grants the motion. Harris County must file its reply no later than June 15, 2026.

SIGNED on June 3, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge